IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | |
| WILLIAM NEIL "DOC" GALLAGHER, GALLAGHER FINANCIAL GROUP, INC. and W. NEIL GALLAGHER, Ph.D. AGENCY, INC., | ) ) ) ) ) | |
| Defendants. | ) | Civil Action No. 3:19-CV-0575-C |

## ORDER HOLDING GARY HOPKINS, SR. AND HOPKINS MINING, LLC IN CIVIL CONTEMPT OF COURT

The Court, in consideration of the Findings, Conclusions, and Recommendation of the United States Magistrate Judge dated November 1, 2019 [Docket No. 88], and having conducted a hearing on January 6, 2020, for Gary Hopkins, Sr., individually ("Hopkins") and a representative of Hopkins Mining, LLC ("Hopkins Mining") to show cause as to why each should not be held in civil contempt and incarcerated or fined until such time as each complies with the terms of the Court's Order Appointing Receiver entered on March 8, 2019 (the "Receivership Order"), finds that:

1.      Hopkins and Hopkins Mining received the Receivership Order and the demand by the Receiver Cort Thomas that Hopkins and Hopkins Mining comply with the provisions of the Receivership Order[1] and provide to the Receiver the documents and information in the possession or control of Hopkins and Hopkins Mining regarding monies either invested in or

---

[1] Specifically, paragraphs 15, 16, and 27 of the Receivership Order.

loaned to Hopkins Mining by Defendants W. Neil "Doc" Gallagher, Gallagher Financial Group, Inc. and W. Neil Gallagher, Ph.D Agency, Inc. (the "Receiver's Demand");

2. Despite having notice of the Receivership Order and the Receiver's Demand, Hopkins and Hopkins Mining failed to comply with the Receivership Order and the Receiver's Demand; failed to appear before this Court as ordered to show cause for their failure to comply with the Receivership Order; and are in civil contempt of this Court's Receivership Order.

3. As a result of the failure of Hopkins and Hopkins Mining to comply with the Receivership Order and the Receiver's Demand, the receivership estate incurred attorneys' fees and expenses of $4,000.

IT IS, THEREFORE, HEREBY ORDERED that Gary Hopkins, Sr. and Hopkins Mining are jointly and severally fined the sum of One Thousand Dollars ($1,000) per day hereafter until such time as he, individually and on behalf of Hopkins Mining, provides the Receiver with the documents and information requested pursuant to the Receivership Order.

IT IS, FURTHER ORDERED that Gary Hopkins, Sr. and Hopkins Mining are jointly and severally fined the sum of Four Thousand Dollars ($4,000), which shall be paid to the Receiver as reimbursement of the attorneys' fees and expenses incurred by the Receiver as a result of the civil contempt of Gary Hopkins, Sr. and Hopkins Mining.

SO ORDERED this 9th day of January, 2020.

_____
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE

2