IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,  ) ) ) | |
| Plaintiff,  ) ) | |
| v.  ) ) | |
| WILLIAM NEIL "DOC" GALLAGHER, GALLAGHER FINANCIAL GROUP, INC. and W. NEIL GALLAGHER, Ph.D. AGENCY, INC.,  ) ) ) ) ) | |
| Defendants.  ) | Civil Action No. 3:19-CV-0575-C |

**ORDER**[1]

Before the Court are the Findings, Conclusions, and Recommendation of the United States Magistrate Judge therein advising the Court that the Receiver's sale of the Thornhaven Property is in the best interest of the Receivership Estate and that the Receiver has fully complied with the mandates imposed pursuant 28 U.S.C. § 2001.

The Court has reviewed the Findings, Conclusions, and Recommendation for clear error and finds none.  It is therefore **ORDERED** that the Findings, Conclusions, and Recommendation are hereby **ADOPTED** as the findings and conclusions of the Court.

**IT IS FURTHER ORDERED** that the Receiver's proposed sale of the real property located at 8329 Thornhaven Ct., North Richland Hills, Tarrant County, Texas 76182, for the sum of $420,000.00, and no overbids having been received, upon receipt of actual cash proceeds

---

[1] The Court need not wait for the filing of objections to the Magistrate Judge's Findings, Conclusions, and Recommendation as any objections to the sale of the Thornhaven property should have been submitted in the form of a 10 percent overbid.

received after payment of all contractual obligations under the contract for the sale of the Receivership Property, and good cause having been found, is hereby **CONFIRMED**.

**IT IS FURTHER ORDERED** that the Receiver is authorized to execute a special warranty deed and such other documents as may be necessary to sell and convey the Thornhaven Property for the sale price of $420,000.00

SO ORDERED this __10__ day of June, 2020.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE