IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, )<br>)<br>)<br>Plaintiff, )<br>)<br>)<br>v. )<br>)<br>WILLIAM NEIL "DOC" GALLAGHER, )<br>GALLAGHER FINANCIAL GROUP, INC. )<br>and W. NEIL GALLAGHER, Ph.D. )<br>AGENCY, INC., )<br>)<br>Defendants. ) | Civil Action No. 3:19-CV-0575-C |

## ORDER

Before the Court are the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, dated April 9, 2020, therein advising the Court regarding claims filed in the receivership and certain objections to the Receiver's recommendations regarding those claims.

On April 23, 2020, the Receiver filed a Notice of Claimants' Objections to the Magistrate Judge's April 9, 2020 Findings, Conclusions, and Recommendation. The Court has reviewed the Findings, Conclusions, and Recommendation, along with the Claimants' Objections (from three claimants) as set forth in the Receiver's Notice. The Court specifically finds that the Objection by Claimant: (1) Carroll Plunk should be **OVERRULED** because it would otherwise be inequitable to other investors to not include the payment made on Plunk's behalf as benefitting Plunk; (2) Karen Lucchesi should be **OVERRULED** for lack of sufficient evidence of the alleged cash investments and for lack of timeliness; and (3) Svetlin Milov Burgudzhiev should be

**OVERRULED** because the claim is more properly characterized as a creditor claim and not as an investor claim.

It is therefore **ORDERED** that the Findings, Conclusions, and Recommendation are hereby **ADOPTED** as the findings and conclusions of the Court.

**IT IS FURTHER ORDERED** that this Order shall also be considered a Final Claims Order that adopts the Magistrate Judge's Findings, Conclusions, and Recommendation. The Final Revised Claim Summary Reports included as Exhibits 3-B, 3-C, and 3-D in the Appendix attached to the Receiver's Notice of Claimants' Objections, filed April 23, 2020, and which incorporates the Receiver's claims recommendations as to each claimant listed therein, shall be considered as **ATTACHED** to this Order.

SO ORDERED this 22nd day of June, 2020.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE