IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

SECURITIES AND EXCHANGE )
COMMISSION, )
 )
        Plaintiff, )
 )
v. )
 )
WILLIAM NEIL "DOC" GALLAGHER, )
GALLAGHER FINANCIAL GROUP, INC. )
and W. NEIL GALLAGHER, Ph.D. )
AGENCY, INC., )
 )
        Defendants. )    Civil Action No. 3:19-CV-0575-C

## ORDER[1]

Before the Court are the Findings, Conclusions, and Recommendation of the United States Magistrate Judge therein advising the Court that the Receiver's sale of the Weatherford Property is in the best interest of the Receivership Estate and that the Receiver has fully complied with the mandates imposed pursuant to 28 U.S.C. § 2001.

The Court has reviewed the Findings, Conclusions, and Recommendation for clear error and finds none. It is therefore **ORDERED** that the Findings, Conclusions, and Recommendation are hereby **ADOPTED** as the findings and conclusions of the Court.

**IT IS FURTHER ORDERED** that the Receiver's proposed sale of the real property located at 6750 FM 1189, Weatherford, Texas 76087, for the sum of $300,000.00 and no overbids having been received, upon receipt of actual cash proceeds received after payment of all

---

[1] The Court need not wait for the filing of objections to the Magistrate Judge's Findings, Conclusions, and Recommendation as any objections to the sale of the Dublin property should have been submitted in the form of a 10 percent overbid.

contractual obligations under the contract for the sale of the Receivership Property, and good cause having been found, is hereby **CONFIRMED**.

**IT IS FURTHER ORDERED** that the Receiver is authorized to execute a special warranty deed and such other documents as may be necessary to sell and convey the Weatherford Property for the sale price of $300,000.00

SO ORDERED this 5th day of October, 2020.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE